■ KISHA CHANTELL DAVIS, Appellant, v 1715 WALTON AVENUE PROPERTIES, L.L.C., et al., Respondents. [63 NYS3d 671]— Order, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered March 16, 2016, which granted defendants' motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion denied.

Defendants failed to establish prima facie that they did not have actual notice of the hazardous condition of the bathroom floor in plaintiff's apartment (*see Negroni v Langsam Prop. Servs. Corp.*, 124 AD3d 565 [1st Dept 2015]). Concur—Friedman, J.P., Kapnick, Webber, Gesmer and Oing, JJ.